Official Form 6 - Summary (10/06)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF OREGON
## EUGENE DIVISION

IN RE:  **Michael Trevor White**

CASE NO  **07-62607-13**

CHAPTER  **13**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 5 | $6,223.13 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $4,090.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | $22,722.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $1,682.15 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | $1,582.00 |
| TOTAL | | 22 | $6,223.13 | $26,812.00 | |

Official Form 6 - Statistical Summary (10/06)

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF OREGON
### EUGENE DIVISION

IN RE:  **Michael Trevor White**

CASE NO  **07-62607-13**

CHAPTER  **13**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) (whether disputed or undisputed) | $0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | $0.00 |
| Student Loan Obligations (from Schedule F) | $5,566.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 |
| **TOTAL** | **$5,566.00** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $1,682.15 |
| Average Expenses (from Schedule J, Line 18) | $1,582.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $2,296.14 |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $490.00 |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $0.00 | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4.  Total from Schedule F | | $22,722.00 |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $23,212.00 |

Form B6A
(10/05)

In re  **Michael Trevor White**                                    Case No.   **07-62607-13**  ⎯⎯⎯⎯
                                                                                     (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint Or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| None | | | | |
| | | | **Total:** $0.00 | |

(Report also on Summary of Schedules)

Form B6B
(10/05)

In re **Michael Trevor White**

Case No.  **07-62607-13**
(if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | Meta Bank ****3793 | - | $1.00 |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | | Robert Jamison, landlord Home protection/Security deposit | - | $500.00 |
| | | Clearwire Internet modem deposit | - | $50.00 |
| | | Avista Gas | - | $104.00 |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | HH GOODS, BR 1 One box spring, one mattress, two night stands, one bed frame, two dressers | - | $200.00 |
| | | HH GOODS Misc- Two lamps, two laundry baskets, two vases, three rugs, four blankets, four sheets, five pillowcases, five washclothes, one comforter, five pillows, eleven towels | - | $40.00 |
| | | HH GOODS, KITCHEN/BATH one microwave, one vacuum, one washer, one dryer, one handheld carpet cleaner, one toaster oven, one can opener, one crock pot, one coffee maker, two fans, one handheld vacuum, misc flatware, pots and pans, knifes, cups, cooking ware and eating utensils, one kitchen table, four chairs | - | $280.00 |
| | | HH GOODS LIVING ROOM Two televisions, one VCR/DVD combo, one stereo system, one computer, one scanner, one printer, one Xbox, one cell phone, three alarm clocks, one couch, one coffee table, one entertainment center, one desk, one chair, two end tables, one bookcase | - | $565.00 |

Form B6B-Cont.
(10/05)

In re  **Michael Trevor White**                                Case No.  **07-62607-13**
                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Misc books, 50 Compact disks ($100) 30 holiday ornaments, 40 DVD's ($50) | - | $170.00 |
| 6. Wearing apparel. | | Clothes: various dress/casual clothes (50), two coats, four pairs of shoes, one hat, one tie, misc articles (13) | - | $162.00 |
| 7. Furs and jewelry. | | One male wedding band, two pairs of male earrings, three male watches | - | $355.00 |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | | one 35mm camera, three board games, three pieces of exercise equipment, five pieces of sports equipment, one piece of fishing gear | - | $87.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Met life insurance policy; term and accidental death/disability, no cash value | - | $0.00 |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | | Nest Egg Yolk (through employer) | - | $84.13 |

Form B6B-Cont.
(10/05)

In re  **Michael Trevor White**                                Case No.  **07-62607-13**
                                                                          (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | 2007 income tax refund, if any. | - | Unknown |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Form B6B-Cont.
(10/05)

In re **Michael Trevor White**

Case No. **07-62607-13**
(if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | wages earned not yet paid | - | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1998 Jeep Cherokee, purchased from United Finance in May. | - | $3,600.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |

Form B6B-Cont.
(10/05)

In re  **Michael Trevor White**

Case No.  **07-62607-13**
(if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 31. Animals. | | One dog | - | $25.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |
| (Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)  **Total >** | | | | **$6,223.13** |

Form B6C
(04/07)

In re  **Michael Trevor White**                                    Case No.   <u>07-62607-13</u>
                                                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐  Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                            $136,875.

☑  11 U.S.C. § 522(b)(2)
☐  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Meta Bank ****3793 | 11 U.S.C. § 522(d)(5) | $1.00 | $1.00 |
| Robert Jamison, landlord Home protection/Security deposit | 11 U.S.C. § 522(d)(1) | $500.00 | $500.00 |
| Clearwire Internet modem deposit | 11 U.S.C. § 522(d)(5) | $50.00 | $50.00 |
| Avista Gas | 11 U.S.C. § 522(d)(5) | $104.00 | $104.00 |
| HH GOODS, BR 1 One box spring, one mattress, two night stands, one bed frame, two dressers | 11 U.S.C. § 522(d)(3) | $200.00 | $200.00 |
| HH GOODS Misc- Two lamps, two laundry baskets, two vases, three rugs, four blankets, four sheets, five pillowcases, five washclothes, one comforter, five pillows, eleven towels | 11 U.S.C. § 522(d)(3) | $40.00 | $40.00 |
| HH GOODS, KITCHEN/BATH one microwave, one vacuum, one washer, one dryer, one handheld carpet cleaner, one toaster oven, one can opener, one crock pot, one coffee maker, two fans, one handheld vacuum, misc flatware, pots and pans, knifes, cups, cooking ware and eating utensils, one kitchen table, four chairs | 11 U.S.C. § 522(d)(3) | $280.00 | $280.00 |
| HH GOODS LIVING ROOM Two televisions, one VCR/DVD combo, one stereo system, one computer, one scanner, one printer, one Xbox, one cell phone, three alarm clocks, one couch, | 11 U.S.C. § 522(d)(3) | $525.00 | $565.00 |
| | | **$1,700.00** | **$1,740.00** |

Form B6C-Cont.
(04/07)

In re  **Michael Trevor White**                                   Case No.  <u>07-62607-13</u>
                                                                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| one coffee table, one entertainment center, one desk, one chair, two end tables, one bookcase | | | |
| Misc books, 50 Compact disks ($100) 30 holiday ornaments, 40 DVD's ($50) | 11 U.S.C. § 522(d)(3) | $170.00 | $170.00 |
| Clothes: various dress/casual clothes (50), two coats, four pairs of shoes, one hat, one tie, misc articles (13) | 11 U.S.C. § 522(d)(3) | $162.00 | $162.00 |
| One male wedding band, two pairs of male earrings, three male watches | 11 U.S.C. § 522(d)(4) | $355.00 | $355.00 |
| one 35mm camera, three board games, three pieces of exercise equipment, five pieces of sports equipment, one piece of fishing gear | 11 U.S.C. § 522(d)(3) | $87.00 | $87.00 |
| Met life insurance policy; term and accidental death/disability, no cash value | 11 U.S.C. § 522(d)(7) | $0.00 | $0.00 |
| Nest Egg Yolk (through employer) | 11 U.S.C. § 522(d)(12) | $84.13 | $84.13 |
| 2007 income tax refund, if any. | 11 U.S.C. § 522(d)(5) | Unknown | Unknown |
| wages earned not yet paid | 11 U.S.C. § 522(d)(5) | Unknown | Unknown |
| 1998 Jeep Cherokee, purchased from United Finance in May. | 11 U.S.C. § 522(d)(2) | $0.00 | $3,600.00 |
| One dog | 11 U.S.C. § 522(d)(3) | $25.00 | $25.00 |
| | | $2,583.13 | $6,223.13 |

Official Form 6D (10/06)

In re  **Michael Trevor White**                                    Case No.  **07-62607-13**
                                                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxxx9908**<br><br>**United Finance Co. (R.A.)**<br>**c/o Richard Parker, Reg. Agent**<br>**515 E. Burnside Street**<br>**Portland, OR 97214** | X | - | DATE INCURRED:  **05/2007**<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**1998 Jeep Cherokee**<br>REMARKS:<br><br><br>VALUE:                **$3,600.00** | | | | **$4,090.00** | **$490.00** |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | Subtotal (Total of this Page) > | | | **$4,090.00** | **$490.00** |
| | | | | Total (Use only on last page) > | | | **$4,090.00** | **$490.00** |

_____**No**_____continuation sheets attached

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

Official Form 6E (04/07)

In re **Michael Trevor White**                                    Case No.   **07-62607-13**
                                                                          (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. Secs. 326, 328, 329 and 330.

*Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**No**_____continuation sheets attached

Official Form 6F (10/06)

In re  **Michael Trevor White**                                    Case No.  **07-62607-13**
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxx0276**<br>**Bonneville Billing**<br>**1186 E. 4600 S., Ste 100**<br>**Ogden, UT 84403** | | - | DATE INCURRED:   **06/12/2002**<br>CONSIDERATION:<br>**Collection for Pacific Power**<br>REMARKS: | | | X | $109.00 |
| **Representing:**<br>**Bonneville Billing** | | | **Utah Power**<br>**201 South Main St., Suite 2300**<br>**Salt Lake City, UT 84111** | | | | **Notice Only** |
| ACCT #:  **85563**<br>**Brent Leggett, DDS**<br>**2105 Biehn Street**<br>**Klamath Falls, OR 97601** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | X | $50.00 |
| ACCT #:  **1058**<br>**Canyon Dental**<br>**R. Joseph Magness, DDS**<br>**1375 East 800 North, Suite 201**<br>**Orem, UT  84057** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | X | $10.00 |
| ACCT #:  **xxxx-xxxx-xxxx-2784**<br>**Capitol One Services**<br>**15000 Capital One Drive**<br>**Richmond, VA 23238** | | - | DATE INCURRED:   **11/17/2003**<br>CONSIDERATION:<br>**Collecting for - Capitol One**<br>REMARKS: | | | X | $1,102.00 |
| **Representing:**<br>**Capitol One Services** | | | **Associated Recovery Systems**<br>**201 West Grand Ave.**<br>**Escondido, CA 92025** | | | | **Notice Only** |
| | | | | | Subtotal > | | $1,271.00 |
| | | | | | Total ><br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the<br>Statistical Summary of Certain Liabilities and Related Data.) | | |

_____6_____continuation sheets attached

Official Form 6F (10/06) - Cont.

In re   **Michael Trevor White**                                          Case No.  **07-62607-13**
_____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxx; xxxxxx; xxxxxx; xx6493**<br>**Carter Jones Collection Services**<br>**c/o Kent Pederson, R.A.**<br>**1143 Pine Street**<br>**Klamath Falls, OR 97601** | | - | DATE INCURRED:  **07/25/2006**<br>CONSIDERATION:<br>**Collection agency**<br>REMARKS: | | | X | **$3,826.00** |
| **Representing:**<br>**Carter Jones Collection Services** | | | **Kevin T. Heaton DO PC**<br>**2200  Bryant Williams Dr. STE 1**<br>**Klamath Falls, OR 97601** | | | | **Notice Only** |
| **Representing:**<br>**Carter Jones Collection Services** | | | **Klamath Ortho Sports Medicine Clinic**<br>**2200 Bryant Williams Drive**<br>**Klamath Falls, OR 97601** | | | | **Notice Only** |
| ACCT #:  **xxxIOUS**<br>**Credit Bureau of Klamath County**<br>**Art Mills, Registered Agent**<br>**PO Box 5107**<br>**Klamath Falls, OR 97601** | | - | DATE INCURRED:  **06/15/2006**<br>CONSIDERATION:<br>**Collection Agency**<br>REMARKS: | | | X | **$4,850.00** |
| ACCT #:  **xx9823**<br>**E Partner Ne**<br>**740 E 1910 S Suite 4**<br>**Provo, UT 84606** | | - | DATE INCURRED:  **09/2006**<br>CONSIDERATION:<br>**Unknown Loan Type**<br>REMARKS: | | | X | **$102.00** |
| ACCT #:<br>**Equifax**<br>**PO Box 105873**<br>**Atlanta, GA 30348** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit reporting agency**<br>REMARKS: | | | X | **Notice Only** |

Sheet no. ____**1**____ of ____**6**____ continuation sheets attached to        **Subtotal >**        **$8,778.00**

Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**

**(Use only on last page of the completed Schedule F.)**

**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

Official Form 6F (10/06) - Cont.

In re   **Michael Trevor White**

Case No.   **07-62607-13**

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Experian**<br>**PO Box 9600**<br>**Allen, TX 75013** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit reporting agency**<br>REMARKS: | | | X | **Notice Only** |
| ACCT #:  **xxx8247**<br>**Express Recovery Services**<br>**3782 W 2340 S Suite B**<br>**Salt Lake City, UT 84120** | | - | DATE INCURRED:  **08/21/2002**<br>CONSIDERATION:<br>**Collection Agency**<br>REMARKS: | | | X | **$212.00** |
| **Representing:**<br>**Express Recovery Services** | | | **Questar Gas**<br>**P O Box 45360**<br>**Salt Lake City, UT 84145-0360** | | | | **Notice Only** |
| ACCT #:<br>**First Choice Property Management**<br>**1415 Esplanade**<br>**Klamath Falls, OR 97601** | | - | DATE INCURRED:  **08-29-2006**<br>CONSIDERATION:<br>**Judgement**<br>REMARKS: | | | X | **$162.00** |
| ACCT #:  **xxxx-xxxx-xxxx-6027**<br>**First Premier Bank**<br>**PO Box 5524**<br>**Sioux Falls, SD 57117-5524** | | - | DATE INCURRED:  **02/28/2006**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | **$475.00** |
| ACCT #:  **xxxxxxxxxxxxxx;  xxxxxxxxxxx066**<br>**Grant Mercantile Agency of Oregon**<br>**PO Box 456**<br>**Medford, OR 97501** | | - | DATE INCURRED:  **06/02/2006**<br>CONSIDERATION:<br>**Collection Agency**<br>REMARKS: | | | X | **$259.00** |

Sheet no. _____**2**_____ of _____**6**_____ continuation sheets attached to

Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$1,108.00**

Total >

**(Use only on last page of the completed Schedule F.)**

**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

Official Form 6F (10/06) - Cont.

In re   **Michael Trevor White**                                     Case No.  **07-62607-13**

                                                                                           (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Representing:** **Grant Mercantile Agency of Oregon** | | | **Klamath Radiology** **2900 Daggett Avenue** **Klamath Falls, OR 97601** | | | | **Notice Only** |
| ACCT #:  **xxxIOUS** **IHC** **3930 W Parkway Blv** **Salt Lake City, UT 84130** | | - | DATE INCURRED:  **08/2005** CONSIDERATION: **Medical** REMARKS: | | | X | **$701.00** |
| **Representing:** **IHC** | | | **Accounts Receivable Management** **ARC** **P O Box 410400** **Salt Lake City, UT 84141** | | | | **Notice Only** |
| ACCT #: **Kathryn E. Nicholson, DMD** **2650 Washburn Way** **Klamath Falls, OR 97601** | | - | DATE INCURRED:  **03/15/2007** CONSIDERATION: **medical services** REMARKS: | | | X | **$935.00** |
| ACCT #:  **WHITEMT00** **Klamath Pulmonary & CCM** **2688 Campus Drive** **Klamath Falls, OR 97601** | | - | DATE INCURRED: CONSIDERATION: **medical services** REMARKS: | | | X | **$140.00** |
| ACCT #:  **003000002010** **Klamath Rheumatology Associates** **2581 Uhrmann Road** **Klamath Falls, OR 97601** | | | DATE INCURRED: CONSIDERATION: **medical** REMARKS: | | | X | **$130.00** |

Sheet no. ____**3**____ of ____**6**____ continuation sheets attached to                                    Subtotal >                 **$1,906.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                   **Total >**
                                        **(Use only on last page of the completed Schedule F.)**
                                   **(Report also on Summary of Schedules and, if applicable, on the**
                                   **Statistical Summary of Certain Liabilities and Related Data.)**

Official Form 6F (10/06) - Cont.

In re   **Michael Trevor White**

Case No.  **07-62607-13**

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Main Street Jewelers**<br>**701 Main Street**<br>**Klamath Falls OR 97601** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**revolving account**<br>REMARKS: | | | X | **$0.00** |
| ACCT #:   **xxxxxxxxxxxx; xxxxxxxxxxxx; xxxx**<br>**Mountainland Collection**<br>**P O Box 1280**<br>**American Fork, UT 84003** | | - | DATE INCURRED:   **04/20/2005**<br>CONSIDERATION:<br>**Collection Agency**<br>REMARKS: | | | X | **$124.00** |
| **Representing:**<br>**Mountainland Collection** | | | **Utah Valley Radiology Associates**<br>**P O Box 657**<br>**Orem, UT 84059-0657** | | | | **Notice Only** |
| ACCT #:   **xxxxxxxx9679**<br>**N.A.R. Inc**<br>**10 W Broadway Suite 610**<br>**Salt Lake City, UT 84101** | | - | DATE INCURRED:   **04/11/2005**<br>CONSIDERATION:<br>**Collection Agency**<br>REMARKS: | | | X | **$106.00** |
| **Representing:**<br>**N.A.R. Inc** | | | **Utah Valley Emergency Physicians**<br>**1055 N 300 W**<br>**Provo, UT 84604** | | | | **Notice Only** |
| ACCT #:<br>**Negom Ricuccioa, DDS**<br>**505 S 5th Street**<br>**Klamath Falls, OR 97603** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | X | **$0.00** |

Sheet no. ____**4**____ of ____**6**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$230.00**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

Official Form 6F (10/06) - Cont.

In re   **Michael Trevor White**

Case No.  **07-62607-13**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **NPD.6812**<br>**Northern Pacific Diagnoistics**<br>**1208 Beall Lane**<br>**Central Point OR 97502-1573** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Services**<br>REMARKS: | | | X | $15.00 |
| **Representing:**<br>**Northern Pacific Diagnoistics** | | | **General Credit Service, Inc.**<br>**2724 Jacksonvilleville Hwy**<br>**Medford, OR 97501** | | | | **Notice Only** |
| ACCT #:<br>**Sky Lakes Medical Center/MWMC**<br>**2865 Daggett Avenue**<br>**Klamath Falls, OR 97601** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**TransUnion**<br>**PO Box 6790**<br>**Fullerton, CA 92834** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit reporting agency**<br>REMARKS: | | | X | **Notice Only** |
| ACCT #:  **xxxxxx; xx2203**<br>**United Recovery Group Utah**<br>**11639 S 700 E Suite 200**<br>**Draper, UT 84020** | | - | DATE INCURRED:   **11/2006**<br>CONSIDERATION:<br>**Collection Agency**<br>REMARKS: | | | X | $1,473.00 |
| **Representing:**<br>**United Recovery Group Utah** | | | **Gold's Gym**<br>**125 E. John Carpenter FWY, Suite 1300**<br>**Irving, TX 75062** | | | | **Notice Only** |

Sheet no.  _____5_____  of  _____6_____  continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$1,488.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.
In re  **Michael Trevor White**

Case No.  **07-62607-13**
(if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **STWC112906TW**<br>**Utah Collex Inc**<br>**P O Box 464**<br>**Payson, UT 84651** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collection Agency**<br>REMARKS: | | | X | $950.00 |
| ACCT #:  **xxxxxxxxxxxxxxxxx; xxxxxxxxxxxx**<br>**Utah Higher Ed. Assistance Authority**<br>**P. O. Box 145112**<br>**Salt Lake City, UT 84114-5112** | | - | DATE INCURRED:  **12/17/2004**<br>CONSIDERATION:<br>**Student loans**<br>REMARKS: | | | X | $5,566.00 |
| ACCT #:  **WHIMI000**<br>**Vincent Herr, MD**<br>**2865 Daggett Avenue**<br>**Klamath Falls, OR 97601** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**medical**<br>REMARKS: | | | X | $825.00 |
| ACCT #:  **WH0076**<br>**William G. Christensen, DDS**<br>**1375 East 800 North, Suite 204**<br>**Orem, UT 84097** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | X | $600.00 |
| | | | | | | | |
| | | | | | | | |

Sheet no. __6__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$7,941.00**

Total >  **$22,722.00**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Form B6G
(10/05)

In re  **Michael Trevor White**                                            Case No.  **07-62607-13**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112; Fed.
R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Main Street Jewelers**<br>701 Main Street<br>Klamath Falls OR 97601 | Wedding band<br>Contract to be ASSUMED |
| **Robert Jamison, Landlord**<br>628 Pacific Terrace<br>Klamath Falls, OR 97601 | month to month rental agreement, $565 per month; obtain copy of lease/rental agreement<br>Contract to be ASSUMED |

Form B6H
(10/05)

In re  **Michael Trevor White**                                    Case No.   **07-62607-13**
                                                                                        (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Sari Stroh**<br>1667 Portland Street<br>Klamath Falls, OR 97603 | **United Finance Co. (R.A.)**<br>c/o Richard Parker, Reg. Agent<br>515 E. Burnside Street<br>Portland, OR 97214 |

Official Form 6I (10/06)

In re  **Michael Trevor White**                                           Case No.   **07-62607-13**
                                                                                    (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Single** | Relationship: | Age: | Relationship: | Age: |
| **Employment** | **Debtor** | | **Spouse** | |
| Occupation | Assistant Manager | | | |
| Name of Employer | Rent A Center | | | |
| How Long Employed | | | | |
| Address of Employer | 5501 Headquarter Drive Plano, TX 75024 | | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | **DEBTOR** | **SPOUSE** |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $2,491.67 | |
| 2. Estimate monthly overtime | $0.00 | |
| 3. SUBTOTAL | **$2,491.67** | |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes (includes social security tax if b. is zero) | $351.00 | |
| b. Social Security Tax | $142.44 | |
| c. Medicare | $33.32 | |
| d. Insurance | $114.01 | |
| e. Union dues | $0.00 | |
| f. Retirement                    Voluntary | $120.42 | |
| g. Other (Specify)    401k loan | $108.33 | |
| h. Other (Specify) | $0.00 | |
| i. Other (Specify) | $0.00 | |
| j. Other (Specify) | $0.00 | |
| k. Other (Specify) | $0.00 | |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | **$869.52** | |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | **$1,622.15** | |
| 7. Regular income from operation of business or profession or farm (Attach detailed stmt) | $0.00 | |
| 8. Income from real property | $0.00 | |
| 9. Interest and dividends | $0.00 | |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | |
| 11. Social security or government assistance (Specify): | $0.00 | |
| 12. Pension or retirement income | $0.00 | |
| 13. Other monthly income (Specify): | | |
| a. tax refund income | $60.00 | |
| b. | $0.00 | |
| c. | $0.00 | |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | **$60.00** | |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | **$1,682.15** | |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | **$1,682.15** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None.**

Official Form 6J (10/06)

IN RE:  **Michael Trevor White**                                    CASE NO    **07-62607-13**

                                                                     CHAPTER    **13**

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $280.00 |
|     a. Are real estate taxes included?  ☐ Yes  ☑ No | |
|     b. Is property insurance included?  ☐ Yes  ☑ No | |
| 2. Utilities:  a. Electricity and heating fuel | $75.00 |
|             b. Water and sewer | |
|             c. Telephone | $60.00 |
|             d. Other:  Propane | $33.00 |
| 3. Home maintenance (repairs and upkeep) | $20.00 |
| 4. Food | $200.00 |
| 5. Clothing | $45.00 |
| 6. Laundry and dry cleaning | $27.00 |
| 7. Medical and dental expenses | $25.00 |
| 8. Transportation (not including car payments) | $250.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $25.00 |
| 10. Charitable contributions | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|           a. Homeowner's or renter's | |
|           b. Life | |
|           c. Health | |
|           d. Auto | $119.00 |
|           e. Other:  Cable/Internet | $42.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| Specify: | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|           a. Auto:  United Finance | $245.00 |
|           b. Other:  Main Street Jewelry | $30.00 |
|           c. Other: | |
|           d. Other: | |
| 14. Alimony, maintenance, and support paid to others: | |
| 15. Payments for support of add'l dependents not living at your home: | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| 17.a. Other: See attached personal expenses | $106.00 |
| 17.b. Other: | |
| **18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)** | **$1,582.00** |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:  **None.** | |
| 20. STATEMENT OF MONTHLY NET INCOME | |
| a. Average monthly income from Line 15 of Schedule I | $1,682.15 |
| b. Average monthly expenses from Line 18 above | $1,582.00 |
| c. Monthly net income (a. minus b.) | $100.15 |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF OREGON**
**EUGENE DIVISION**

IN RE:  **Michael Trevor White**                                      CASE NO   **07-62607-13**

                                                                       CHAPTER   **13**

## EXHIBIT TO SCHEDULE J

## Itemized Personal Expenses

| Expense | Amount |
|---|---|
| Personal care products, haircuts, etc | $56.00 |
| Home office supplies | $15.00 |
| Pet expenses | $30.00 |
| Bank fees | $5.00 |
| **Total >** | **$106.00** |

Official Form 6 - Declaration (10/06)

In re  **Michael Trevor White**                                    Case No.   **07-62607-13**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **24** _____

sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page as attached plus 2.)

Date  **10/02/2007** _____            Signature   **/s/ Michael Trevor White** _____
                                                                    ***Michael Trevor White***

Date _____                            Signature _____

[If joint case, both spouses must sign.]

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

Official Form 7
(04/07)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF OREGON**
**EUGENE DIVISION**

In re:    **Michael Trevor White**                                        Case No.    <u>07-62607-13</u>

                                                                                        (if known)

# STATEMENT OF FINANCIAL AFFAIRS

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$3,410.00** | **2003 Income from employment** |
| **$4,471.00** | **2004 Income from employment** |
| **$7,374.00** | **2005 Income from employment** |
| **$16,558.00** | **2006 Income from employment** |
| **$14,419.00** | **2007 Income from employment** |

### 2. Income other than from employment or operation of business

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 3. Payments to creditors

***Complete a. or b., as appropriate, and c.***

None
☐

a.  Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **United Finance Co. (R.A.)**<br>**c/o Richard Parker, Reg. Agent**<br>**515 E. Burnside Street**<br>**Portland, OR 97214** | **Monthly**<br>**(Last 90 days)** | **$245.00** | **$4,090.00** |

None
☐

b.  Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,475. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Robert Jamison (landlord)**<br>**628 Pacific Terrace**<br>**Klamath Falls, OR 97601** | **Monthly**<br>**(Last 90 days)** | **$565.00** | |

Official Form 7 - Cont.
(04/07)

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON
EUGENE DIVISION**

In re:  **Michael Trevor White**                             Case No.   **07-62607-13**

(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

---

None
☑ c.  All debtors:  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐ a.  List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| First Choice Prop. Management vs. Michael Trevor White 603441CV | DEBT COLLECTION | Klamath County Circuit Court | JUDGMENT ENTERED |

---

None
☑ b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 5. Repossessions, foreclosures and returns

None
☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 6. Assignments and receiverships

None
☑ a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑ b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 7. Gifts

None
☑ List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 8. Losses

None
☑ List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Official Form 7 - Cont.
(04/07)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF OREGON**
**EUGENE DIVISION**

In re:   **Michael Trevor White**                    Case No.   **07-62607-13**
                                                                 (if known)

**STATEMENT OF FINANCIAL AFFAIRS**
*Continuation Sheet No. 2*

---

None ☐
**9. Payments related to debt counseling or bankruptcy**

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| HUMMINGBIRD CREDIT COUNSELING | 09/2007 | 49.00 |
| Law Office of Karen Oakes 6502 South Sixth Street Klamath Falls, OR 97603 | 09/2007 | 252.00 |

---

None ☑
**10. Other transfers**

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑
b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

None ☑
**11. Closed financial accounts**

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑
**12. Safe deposit boxes**

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑
**13. Setoffs**

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑
**14. Property held for another person**

List all property owned by another person that the debtor holds or controls.

Official Form 7 - Cont.
(04/07)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF OREGON**
**EUGENE DIVISION**

In re:   **Michael Trevor White**                                    Case No.   <u>07-62607-13</u>

                                                                                        (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

None
☐

## 15. Prior address of debtor

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **1937 Oregon Ave #2**<br>**Klamath Falls, OR 97601** | **Michael T. White** | **08/2006-**<br>**08/2007** |
| **809 N 6th Street**<br>**Klamath Falls, OR 97601** | **Michael T. White** | **11/05-07/2006** |
| **2272 Mountain View Pkwy**<br>**Provo, UT** | **Trevor White** | **2003-07/11/05** |

---

None
☑

## 16. Spouses and Former Spouses

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

## 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None
☑

a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None
☑

b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None
☑

c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

Official Form 7 - Cont.
(04/07)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF OREGON**
**EUGENE DIVISION**

In re:  **Michael Trevor White**

Case No.    **07-62607-13**
                       (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

None
☑

**18. Nature, location and name of business**

a.  If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

None
☑

b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **10/02/2007**

Signature         **/s/ Michael Trevor White**
of Debtor         *Michael Trevor White*

Date

Signature
of Joint Debtor
(if any)

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. Sections 152 and 3571*

B201 (04/09/06)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF OREGON**
**EUGENE DIVISION**

IN RE:   **Michael Trevor White**

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.  You are cautioned that bankruptcy law is complicated and not easily described.  Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition.  Court employees cannot give you legal advice.

## 1.  Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.**  The briefing must be given within 180 days BEFORE the bankruptcy filing.  The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator.  The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.**  The clerk also has a list of approved financial management instructional courses.

## 2.  The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7:    Liquidation  ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)

1.  Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.  Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7.  If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code.  It is up to the court to decide whether the case should be dismissed.

2.  Under chapter 7, you may claim certain of your property as exempt under governing law.  A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3.  The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts.  If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4.  Even if you receive a general discharge, some particular debts are not discharged under the law.  Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.  Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income
### ($235 filing fee, $39 administrative fee: Total fee $274)

1.  Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time.  You are eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.  Under Chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings.  The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors.  The court must approve your plan before it can take effect.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF OREGON**
**EUGENE DIVISION**

IN RE:   **Michael Trevor White**

3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11:  Reorganization  ($1000 filing fee, $39 administrative fee: Total fee $1039)
Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors.  Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12:  Family Farmer or Fisherman    ($200 filing fee, $39 administrative fee: Total fee $239)
Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3.   Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to fine, imprisonment, or both.  All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:**   Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition.  Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

## Certificate of Compliance with § 342(b) of the Bankruptcy Code

I, _____**Karen M. Oakes**_____, counsel for Debtor(s), hereby certify that I delivered to the Debtor(s) the Notice required by § 342(b) of the Bankruptcy Code.

**/s/ Karen M. Oakes**
Karen M. Oakes, Attorney for Debtor(s)
Bar No.: OSB 98463
Law Office of Karen M. Oakes, P.C.
6502 South 6th Street
Klamath Falls, OR 97603
Phone: (541) 273-1650
Fax: (541) 273-1653
E-Mail: karenmo@charter.net

## Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| | |
|---|---|
| **Michael Trevor White** | X  **/s/ Michael Trevor White**          **10/02/2007** |
| | Signature of Debtor                         Date |
| Printed Name(s) of Debtor(s) | X |
| Case No. (if known)   **07-62607-13** | Signature of Joint Debtor (if any)          Date |